UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | 2:11-cr-021 PMP-RJJ |
| HENRY LEE STUCKEY, | |
| Defendant. | **ORDER** |

The court having granted Gary L. Myer's "Motion to Withdraw as Attorney of Record" (#26) and having ordered new counsel appointed. Therefore;

IT IS HEREBY ORDERED that Jonathan L. Powell, Esq. is appointed as counsel for Henry Lee Stuckey in place of Gary L. Myers, Esq. for all future proceedings.

IT IS FURTHER ORDERED that Mr. Myers shall forward the file to Mr. Powell forthwith.

DATED this 14th day of November, 2011.

Nunc Pro Tunc: November 9, 2011.

_____
PHILIP M. PRO
UNITED STATES DISTRICT JUDGE